E. Evans Wohlforth, Jr.
Charlotte M. Howells
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500

Joshua B. Simon*
Warren Haskel*
Dmitriy Tishyevich*
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
*admitted *pro hac vice*

*Counsel for Defendants Cigna Health and
Life Insurance Co. and Connecticut General
Life Insurance Co.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADVANCED GYNECOLOGY AND LAPAROSCOPY OF NORTH JERSEY, P.C., et. al.<br><br>Plaintiffs,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, et. al.<br>Defendants. | Civil Action No. 2:19-cv-22234-ES-MAH<br><br>*Document electronically filed*<br><br>**STIPULATION AND [PROPOSED] CONSENT ORDER EXTENDING DEFENDANTS' TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** |

This matter having been brought before the Court upon the application of Cigna Health and Life Insurance Co. and Connecticut General Life Insurance Co. (collectively, "Defendants"), by their counsel, Gibbons P.C. and Kirkland & Ellis LLP, and Plaintiffs, by their counsel, K&L Gates LLP, for the entry of a Stipulation and Consent Order to extend the time for which the Defendants may file their Answer or otherwise respond to Plaintiffs' Complaint; and it being

stipulated that Defendants' current deadline to file their Answer or otherwise respond to Plaintiffs' Complaint is February 11, 2020; and it being further stipulated that the time within which the Defendants may file their Answer or otherwise respond to Plaintiffs' Complaint would be extended for forty-five (45) days up to and including March 27, 2020; and it being further stipulated that Plaintiffs may file any Opposition to a Motion to Dismiss filed by Defendants on or before May 26, 2020, and good cause appearing for the entry of an Order to extend the time in which the Defendants may file their Answer or otherwise respond to Plaintiffs' Complaint,

**IT IS** on this _____ day of February 2020,

**ORDERED** that the time within which Defendants may file their Answer or otherwise respond to Plaintiffs' Complaint be and hereby is extended to March 27, 2020; and

**IT IS FURTHER ORDERED** that Plaintiffs may file any Opposition to a Motion to Dismiss filed by Defendants on or before May 26, 2020.

**STIPULATED AND AGREED TO BY:**

| K&L GATES LLP<br>*Attorneys for Plaintiffs* | GIBBONS, P.C.<br>*Attorneys for Defendant* |
|---|---|
| By: s/ George P. Barbatsuly<br>George P. Barbatsuly, Esq. | By: s/ E. Evans Wohlforth, Jr.<br>E. Evans Wohlforth, Jr., Esq. |
| Dated: February 7, 2020 | Dated: February 7, 2020 |

SO ORDERED

The Honorable Michael A. Hammer
United States Magistrate Judge