E. Evans Wohlforth, Jr.
Charlotte M. Howells
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500

*Counsel for Defendants Cigna Health and Life Insurance Co. and Connecticut General Life Insurance Co.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADVANCED GYNECOLOGY AND LAPAROSCOPY OF NORTH JERSEY, P.C., et. al.<br><br>Plaintiffs,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, et. al.<br><br>Defendants. | Civil Action No. 2:19-cv-22234-ES-MAH<br><br>**AMENDED NOTICE OF REQUEST FOR *PRO HAC VICE* ATTORNEY WARREN HASKEL TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel Warren Haskel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting the application for Warren Haskel to appear *pro hac vice* in the within matter has been entered (*see* ECF No. 12); and

2. The admission fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: March 16, 2020
　　　　Newark, New Jersey

*Counsel for Defendants Cigna Health and Life Insurance Co. and Connecticut General Life Insurance Co.*

By:   s/ E. Evans Wohlforth, Jr.
　　　E. Evans Wohlforth, Jr.
　　　**GIBBONS P.C.**
　　　One Gateway Center
　　　Newark, New Jersey  07102-5310
　　　(973) 596-4879

*Counsel for Defendants Cigna Health and Life Insurance Co.*
*and Connecticut General Life Insurance Co.*

PRO HAC VICE ATTORNEY INFORMATION:

| | |
|---|---|
| Name: | Warren Haskel |
| Address: | McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, NY 10173-1922 |
| E-mail: | whaskel@mwe.com |