# K&L GATES

May 14, 2020

Anthony P. La Rocco
Anthony.larocco@klgates.com

T 973 848 4014
F 973 848 4001

**Via ECF**

William T. Walsh, Clerk of Court
United States District Court
   for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ  07101

Re:  IJKG, LLC et al. v. United Healthcare Services, Inc. et al.
     Case No. 19-cv-22234-ES-MAH

Dear Mr. Walsh:

This firm represents Plaintiffs in the above-referenced matter.  On May 6, 2020, Defendants Cigna Health and Life Insurance Company and Connecticut General Life Insurance Company filed a dispositive motion seeking dismissal of Plaintiffs' Complaint, pursuant to Fed. R. Civ. P. 12(b)(6).  That motion is currently returnable June 1, 2020, with opposition papers due May 18, 2020, and reply papers due May 26, 2020.

Pursuant to Local Civil Rule 7.1(d)(5), Plaintiff respectfully requests an automatic extension of the return date for the motion to the next available motion day, **June 15, 2020.**  With the requested extension, opposition papers will now be due June 1, 2020, and reply papers will be due June 8, 2020.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Anthony P. La Rocco

Anthony P. La Rocco

cc:  All counsel of record (via ECF)

SO ORDERED
*/s Michael A. Hammer*
United States Magistrate Judge
May 15, 2020