# K&L GATES

March 31, 2022

**VIA ECF**

Hon. Esther Salas, U.S.D.J.
U.S. District Court District of New Jersey
50 Walnut Street
Newark, NJ 07101

Anthony P. La Rocco
anthony.larocco@klgates.com

T +1 973 848 4014
F +1 973 848 4001

Re: Advanced Gynecology and Laparoscopy of North Jersey, P.C., et al., v. Cigna Life and Health Insurance Company, et al., No. 19-cv-22234-ES-MAH

Dear Judge Salas:

Counsel for Plaintiffs write regarding the Court's Text Order dated March 29, 2022 [ECF Dkt No. 103], scheduling oral argument on Defendants' motion to dismiss the Second Amended Complaint [ECF Dkt No. 79] on May 12, 2022. Counsel for Plaintiffs unfortunately have an unavoidable conflict on that date. Therefore, with the consent of counsel for Defendants, Plaintiffs respectfully request a brief adjournment of the May 12, 2022, argument date. The parties have conferred on proposed alternate dates over the two weeks following this date and can be available on May 16, 19, 23, or 26, 2022. We are happy to discuss additional proposed dates if the Court so requires.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

*/s/ Anthony P. La Rocco*

Anthony P. La Rocco

cc: All counsel of record (via ECF)