# K&L GATES

December 30, 2022

**VIA ECF**

George P. Barbatsuly
george.barbatsuly@klgates.com

T +1 973 848 4104
F +1 973 848 4001

Hon. Esther Salas, U.S.D.J.
Hon. Michael A. Hammer, U.S.M.J.
U.S. District Court District of New Jersey
50 Walnut Street
Newark, NJ 07101

Re:   Advanced Gynecology and Laparoscopy of North Jersey, P.C., et al., v. Cigna Life and Health Insurance Company, et al., No. 19-cv-22234-ES-MAH

Dear Judges Salas and Hammer:

As the Court is aware, this law firm represents the Plaintiffs in this matter.  I write, with consent of counsel for defendant Cigna Life and Health Insurance Company et al. ("Cigna"), to request a one-week extension of Plaintiffs' deadline to oppose Cigna's motion to dismiss the Third Amended Complaint (Doc. No. 136) ("Motion"), and a resulting agreed-upon adjustment in Cigna's deadline to file its reply papers.  Pursuant to the Stipulation and Consent Order entered by the Court on October 11, 2022 (Doc. No. 130), Plaintiffs' current deadline to oppose Cigna's Motion is December 30, 2022, and Cigna's reply is currently due on January 28, 2023.  With the agreed-upon revised briefing schedule, Plaintiffs' opposition to Cigna's Motion will be due on **January 6, 2023**, with Cigna's reply due on **February 17, 2023.**  If this revised schedule meets with the Court's approval, we respectfully request that the Court "So Order" this letter.

We thank the Court for its continued courtesies and attention to this matter.

Respectfully submitted,

*/s/ George P. Barbatsuly*

George P. Barbatsuly

cc:    All counsel of record (via ECF)